Argued October 18, 1983. John J. Collins, for appellant; Peter J. Verderame, for participating party.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.

473 A.2d 685

Kyle, Appellant, v. McNamara.

Petition for Allowance of Appeal
Granted July 11, 1984.

Submitted October 3, 1983. A. Kyle, appellant, in propria persona; James M. McNamara, Jr., appellee, in propria persona; Charles W. Johns, for Criste, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Order affirmed.

HESTER, J., concurred in the result.

473 A.2d 686

Way, Appellant, v. Sico Co.